IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| KENDALL E. HANSEN, M.D. and INTERVENTIONAL PAIN SPECIALISTS, PLC | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:21-cv-00092-WOB-CJS |
| CVS PHARMACY, INC. | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

\* \* \* \* \* \* \* \* \*

Plaintiffs, Kendall E. Hansen, M.D. and Interventional Pain Specialists, PLC, by counsel, and pursuant to CR 41(a)(1)(A)(i), hereby voluntarily dismiss without prejudice all their claims asserted in this matter against Defendant.

Plaintiffs, Kendall E. Hansen, M.D. and Interventional Pain Specialists, PLC state that, pursuant to CR 41(a)(1)(A)(i), Defendant has not served an answer, responsive pleading, or summary judgment motion in this matter and therefore this unilateral stipulation of dismissal is warranted.

Respectfully submitted,

Ronald Chapman II Michigan Bar #73179
Chapman Law Group
1441 W Long Lake Rd, Suite 310
Troy, Michigan 48098-4476
rwchapman@chapmanlawgroup.com
*Counsel for Plaintiff Kendall Hansen, M.D.*
*Pro Hac Vice*

1

and

/s/ *Daniel Luke Morgan*
Lisa English Hinkle, KBA #33210
Daniel Luke Morgan, KBA #83181
Christopher J. Shaughnessy, KBA #83652
MCBRAYER PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
Email: lhinkle@mcbrayerfirm.com
lmorgan@mcbrayerfirm.com
cshaughnessy@mcbrayerfirm.com
*Counsel for Plaintiff IPS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served in accordance with the requirements of electronic filing, to the following attorneys of record on this 13th day of October 2021:

Robert E. Stopher
Robert D. Bobrow
BOEHL STOPHER & GRAVES, LLP
400 West Market Street, Suite 2300
Louisville, KY  40202
rstopher@bsg-law.com
rbobrow@bsg-law.com
*Counsel for Defendant*

Conor O'Croinin
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
cocroinin@zuckerman.com
CVS PHARMACY, INC.
*Pro Hac Vice*

/s/ *Daniel Luke Morgan*
DANIEL LUKE MORGAN #83181

4830-2073-6253, v. 1